**EXHIBIT B**

**UNITED STATES PATENT NO. 6,970,706**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIMS 1, 2, AND 3**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US6970706 | TELUS Business connect (The accused instrumentality) |
|---|---|
| 1. A system for providing a hierarchical call control paradigm in a cordless phone system, comprising: | To the extent the preamble is limiting, the accused instrumentality is a system for providing a hierarchical call control paradigm (e.g., Call handling and/or e.g., Do Not Disturb (DND) features allowing levels of control such as "Take all calls" and/or "Do Not accept any calls") in a cordless phone system (e.g., Yealink DECT W56P).  |

Source:
http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_UserGuide.pdf

## Introduction

TELUS Business Connect™ is a simple powerful communication solution allowing businesses to answer the call, grow the business and make the sale.

TELUS Business Connect is an integrated, fully featured mobile and office communication system that enables businesses to be more accessible, productive and professional.

This guide will help users set up and access the following TELUS Business Connect features:
- Messaging
- Call Log
- Contacts
- Integrations
- TELUS Business Connect for Desktop
- TELUS Business Connect Meetings (HD video and desktop sharing)
- TELUS Business Connect for Zendesk®
- TELUS Business Connect for Salesforce®
- Conferencing
- RingOut
- FaxOut
- Presence
- Intercom
- User Greetings
- Audio and Hold Music
- Call Handling and Forwarding
- Call Flip
- Notifications
- Outbound Caller ID
- Hot Desking

Source:
http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_UserGuide.pdf

For example, Telus offers Business Connect Application for its cloud based phone systems such as Yealink W56P cordless IP Phone which is available in the device catalogue of Telus for medium and large enterprises:

Yealink W56P - $230

TELUS Easy Payment available for $6.50/month on a 36 month payment plan.



Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue

**Yealink**

- ✓ Trio 8500 Conference Phone
- ✓ Trio 8800 Conference Phone
- ✓ Yealink SIP-T21P Basic IP Phone
- ✓ Yealink W52P Cordless Phone
- ✓ Yealink T42S
- ✓ Yealink T46S
- ✓ Yealink W56P

Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue#midentryphones

# Call Handling – Advanced Rules

Advanced Call Handling lets you create specific additional rules for your number or extension based on date and/or time of call, or Caller ID, or the number being called. These rules override your regular call handling rules for that number.

To create an Advanced Rule

- Go to Settings > My Extension Settings > Call Handling & Forwarding, then tap Advanced.
- Tap Add Rule.
- Give your rule a Name, then select the conditions: Date and/or Time the call comes in; the Caller ID of the caller; and/or the Called Number. You can combine these selections.
- Tap Next.
- If you selected Date and/or Time as your rule condition, now select a Weekly Schedule, with specific times for each day if you wish. Or select a Specific Date Range.
- If you selected Caller ID for this rule, enter one or more phone numbers, or choose names from your Contact List, or enter area codes or other partial numbers.
- If you selected Called Number, choose the number(s) to which the rule will be applied. The choices will be the Main Number, or the Auto-Receptionist for the Group.
- Tap Next and choose when to apply the rule: during Business Hours, After Hours, or Always.
- Tap Next.
- Select the action to take when incoming calls match this rule.

Source:      https://business.telus.com/en/business/support/global/Guides-and-Manuals/business-connect-mobile-app-user-guide#14





Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

Telus Business Connect is available for user's existing hardware such as Yealink W56P cordless DECT Phone and leverages several of its features for call handling purposes:



| | | W60P | W56P | W52P |
|---|---|---|---|---|
| Download | | Datasheet | Datasheet | Datasheet |
| | Standby Time | 400h | 400h | 100h |
| | Talk Time | 30h | 30h | 10h |
| | Battery | Lithium | Lithium | NiMH |
| | Headset | 3.5 mm | 3.5 mm | 2.5 mm |
| | Indoor Range/Outdoor Range | 50m/300m | 50m/300m | 50m/300m |
| Features | Handset number of base | Up to 8 handsets | Up to 5 handsets | Up to 5 handsets |
| | SIP Accounts | 8 | 5 | 5 |

Source: https://www.yealink.com/product/voice-communication-w52p

**Phone Features**

· Up to 4 simultaneous calls

· Up to 5 handsets

· Up to 5 VoIP accounts

· Handset select for receiving  call

· Handset and Number select for
  making call

· Paging, intercom, auto answer

· Call hold, call transfer, 3-way conferencing

· Switching between calls

· Call waiting, mute, DND

· Caller ID display, redial

· Anonymous call

· Anonymous call rejection

· Call forward (always/busy/no answer)

· Speed dial, voicemail, silence

· Message Waiting Indication (MWI)

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

2. **Added the feature of Multicast Paging.**

**Description:** Multicast paging allows IP DECT phones to send/receive Real-time Transport Protocol (RTP) streams to/from the pre-configured multicast address(es) on the desired channel without involving SIP signaling. Up to 31 listening multicast addresses can be specified on the IP DECT phone.

**To configure the multicast paging via web user interface:**

Click on Directory -> Multicast IP.



Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2017-9-25%2F6%2F8a333d40-d802-4b4e-9b6a-fa0b184128f5%2FYealink_W52P_W56P_IP_DECT_Phone_Release_Notes_of_Version_81.pdf

| a base station operable in a broadcast mode and a standard mode;<br><br>*(cited from Patent:*<br><br>*In addition to being coupled to the Internet 406, the base station 402 is connected to a conventional telephone switching network 410 so as to be able to receive a conventional phone call.)* | The accused instrumentality comprises a base station (e.g., Yealink DECT W56P base) operable in a broadcast mode (e.g., paging feature enabled via Business Connect's admin portal) and a standard mode (e.g., PSTN Mode).<br><br><br><br>**Yealink W56P - $230**<br><br>TELUS Easy Payment available for $6.50/month on a 36 month payment plan.<br><br>Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue |



Note: Yealink W56P IP DECT Phone consists of one Base for W52P/W56P and one W56H Handset.

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

**Phone Features**

· Up to 4 simultaneous calls
· Up to 5 handsets
· Up to 5 VoIP accounts
· Handset select for receiving  call
· Handset and Number select for making call
· Paging, intercom, auto answer
· Call hold, call transfer, 3-way conferencing
· Switching between calls
· Call waiting, mute, DND
· Caller ID display, redial
· Anonymous call
· Anonymous call rejection
· Call forward (always/busy/no answer)
· Speed dial, voicemail, silence

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf



Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf



Source:
http://support.yealink.com/forward2download?path=ZIjHOJbWuW/DFrGTLnGypsN1StLgAwqIA4RdB
Hhi0f4NHryhN7w5kQoYN5InnjCzXBidYpTylTURPQCQYSqsungD9r/AQ0UYdRn6/N58bsgwg7MmR
l9voo8G9fLRdplusSymbolcVvUuEuxVVqjUTRRbnaB6MHtMPBLIT6v24

The Paging feature (broadcast mode) is configurable via the admin portal of Business Connect solution by Telus:



Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf (pg. 36)

**Add a Paging Only Group**

1. From the **Admin Portal**, select the **Phone System** tab.
2. Click **Groups**.
3. Click **Add Group**.
4. Select the radio button next to **Paging Only**.
5. Click Next.
6. Enter the **Extension Number** and **Group Name**.
7. Click **Save**.

Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf     (pg. 36)

**Paging Only**

Paging Only groups enable real-time one-way broadcasting through multiple desk phones and overhead paging devices. Paging Only groups are great for a variety of locations such as warehouse/ shipping centers, retail stores, schools and hospitals, among others.

You can page using a special phone with a paging soft-key, or by dialing *84 from your digital desk phone or from your VoIP calling enabled mobile phone. In each case you need to set up the Group number prior to the page.

Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide .pdf (pg. 36)

Telus Business Connect leverages Yealink's DECT W56P cordless phone's paging and PSTN calling feature:

# Call Features

The W56P IP DECT phone is designed to be easily used like a regular phone on a public switched telephone network (PSTN). You can place internal and external calls, answer calls, transfer a call to someone else, or conduct a conference call.

This chapter provides operating instructions of the call features. Topics include:

- Placing Calls
- Answering Calls
- Ending Calls

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf

2. **Added the feature of Multicast Paging.**

**Description:** Multicast paging allows IP DECT phones to send/receive Real-time Transport Protocol (RTP) streams to/from the pre-configured multicast address(es) on the desired channel without involving SIP signaling. Up to 31 listening multicast addresses can be specified on the IP DECT phone.

**To configure the multicast paging via web user interface:**

Click on Directory -> Multicast IP.



Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2017-9-25%2F6%2F8a333d40-d802-4b4e-9b6a-fa0b184128f5%2FYealink_W52P_W56P_IP_DECT_Phone_Release_Notes_of_Version_81.pdf

| a plurality of mobile units communicatively coupled to the base station; | The accused instrumentality comprises a plurality of mobile units (e.g., Telus offers Yealink W56P handset and bundles upto four handsets in its device catalogue; Yealink DECT W56P base Supports up to 5 DECT handsets) communicatively coupled to the base station (e.g., Yealink DECT W56P base). <br><br>  <br> Yealink W56P - $230 <br><br> TELUS Easy Payment available for $6.50/month on a 36 month payment plan. <br><br> Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue |
| --- | --- |

**Yealink**

✓ Trio 8500 Conference Phone

✓ Trio 8800 Conference Phone

✓ Yealink SIP-T21P Basic IP Phone

✓ Yealink W52P Cordless Phone

✓ Yealink T42S

✓ Yealink T46S

✓ Yealink W56P

Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue#midentryphones

**Specifications**
- Full Duplex Speakerphone
- Power over Ethernet (PoE)
- HD Voice
- Colour Display
- Lines / Presence: 4/4

**Not supported**
- Wi-Fi
- Bluetooth

**Additional modules**
- 1 Handset: $230
- 2 Handsets: $355
- 3 Handsets: $475
- 4 Handsets: $590

Source:https://www.telus.com/en/on/business/medium-large/phone/cloud-phone-systems/device-catalogue#midentryphones  .

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf



Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

· Up to 5 DECT Cordless Handsets
  Per base depending on your needs
· DECT radio coverage up to 50m
  indoors and 300m outdoors
· Energy-saving ECO features

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

**Phone Features**

· Up to 4 simultaneous calls
· Up to 5 handsets
· Up to 5 VoIP accounts
· Handset select for receiving  call
· Handset and Number select for
  making call
· Paging, intercom, auto answer
· Call hold, call transfer, 3-way conferencing
· Switching between calls
· Call waiting, mute, DND
· Caller ID display, redial

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

**Handset Registration**

You can register up to 5 handsets to one base station. Each handset can be registered to 4 different base stations. You can select the desired base to use and rename it.

To register a handset manually:

1. Do one of the following:

   - Long press ⌖ on the base station till the Registration LED slow flashes green.

     Press OK->Settings->Registration->Register Handset.

   - If the handset LCD screen prompts "Press base page 2s then press OK", long press ⌖ on the base station till the registration LED slow flashes green.

     Press the OK soft key on the handset, select **Registration**->**Register Handset**.

     The LCD screen displays the Base1 to Base4.

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf

| a directory server coupled to the base station; | The accused instrumentality comprises a directory server (e.g., accessible corporate directory set via IVR editor tree of Business connect and LDAP directory) coupled to the base station (e.g., Yealink DECT W56P base). |
| --- | --- |



Source:http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (page 86)

## Create a new IVR Menu with the Visual IVR Editor

1. From the **Admin Portal**, click the **Tools** tab.
2. Click **IVR**.
3. Click **Launch Visual Editor**.
4. The **Visual IVR Editor** will open in a new tab.

Source:http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (page 86)



Source:http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (page 87)

6. Click the **Phone** icon to start a new tree.
7. Your new tree will be automatically assigned a name and extension number.
8. Click the name or extension number to edit the text field and enter your preferred name and extension. Press enter when you are finished and the title will change automatically.
9. Hover over your new IVR menu to see more options.
10. Click "+" to add sub-items to your tree. Sub-items include:
    a. **New Menu** – Create a new IVR menu as an option within your tree.
    b. **Existing Menu** – Choose an existing IVR menu from a different IVR tree.
    c. **External Transfer** – Include an external number in your tree.
    d. **Directory** – Attach your company's dial-by-name directory to your tree.
    e. **Voicemail** – Give the option to leave a voicemail.
    f. **Extension** – Add a specific extension to your tree.
11. As you add sub-items to your tree, they will appear in the Visual IVR Editor.

Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf  (page 88)



Source:http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (page 88)

Business Connect also connects with Google Account and access the Google Contacts Directory and makes it available over a Directory server which can be accessed via Visual IVR Editor's Directory Tree

## Intro & Installation

About TELUS Business Connect™ for Google

TELUS Business Connect for Google provides seamless integration between your Google account and your Business Connect services.

It offers these features:

**Remote directory available on Google of User's Business Connect account. Contacts stored in the accounts available as remote directory to DECT phones**

- Use Google Chrome browser on any platform (Windows®, Mac®, and Chromebook®).

- Make or receive calls through the Business Connect phone system directly from your Gmail account.

- Find your Google and Business Connect contacts combined together in an easy to search screen.

- Enable click-to-dial on any phone number on in your Gmail, allowing you to spend more time servicing clients and less time dialing.

- Listen to your voicemails directly from your browser.

- View calls you've made, received or missed.

- Schedule an audio conference or Business Connect Meetings from your Google Calendar.

- Integrate audio conferencing with Google Hangouts to allow participants to dial right into a Hangout.

Source:https://business.telus.com/en/business/support/global/Guides-and-Manuals/business-connect-google-user-guide

### Contacts

Find the people you need, fast. The Contacts feature lets you view your personal contacts or to view the people listed in your company directory. To access your contacts, tap Contacts on the slide-out menu (accessed by tapping the three-line menu bar on the top left of most screens).

Tap Personal to view the contacts from your smartphone's contacts list. (You may get a message suggesting you change your smartphone Privacy settings to allow the mobile app to access this.)

Tap Company to see the contacts in your company directory.

Use the Search field at the top to find specific contacts by name.

To add a new contact to the Personal list, tap the Personal tab, then tap the caret in the upper right corner and select Create New Contact. Enter your new contact's details, then tap Save. (Company contacts come from the users in your TELUS Business Connect account and cannot be edited from the mobile app.)

Tap a contact name to view details including extensions, direct and mobile numbers, and email address.

Source:https://business.telus.com/en/business/support/global/Guides-and-Manuals/business-connect-google-user-guide

Further, Business Connect also supports LDAP Directory feature of Yealink W56P

**13. Added the feature of LDAP.**

Description: LDAP (Lightweight Directory Access Protocol) is an application protocol for accessing and maintaining information services for the distributed directory over an IP network. IP DECT phones can be configured to interface with a corporate directory server that supports LDAP version 2 or 3. Users can search and dial out from the LDAP directory, and save LDAP entries to the local directory. LDAP entries displayed on the IP DECT phone are read only, which cannot be added, edited or deleted by users. When an LDAP server is properly configured, the IP DECT phone can look up entries from the LDAP server in a wide variety of ways.

**To configure LDAP feature via web user interface:**

Click on Directory -> LDAP



Source:

http://support.yealink.com/forward2download?path=ZIjHOJbWuW/DFrGTLnGyppbHYNn9Xu06KgjGh

| | |
|---|---|
| | cKQaxplusSymbolLfT2jTCSzS/RCCbpFf1O/kPTroMHag397eKzjmUqNGnObnyDCvTjgyrOlwO9/LZeYObIB0p5VSBq2D2HGMgnV6U999EBMPeESBW3y6fuECdqoQ8zVPmtbmzAgJLSr6Mk= |
| a phone number database included in or coupled to the directory server arranged to store any number of phone numbers, | The accused instrumentality comprises a phone number database (e.g., phone number database of the Contacts –business connect Office) included in or coupled to the directory server (e.g., Corporate directory or LDAP) arranged to store any number of phone numbers (e.g., by creating or uploading contact).<br><br>## Contacts<br><br>Contacts include Company contacts which are all the users of your TELUS Business Connect system. It also includes your Personal contacts, which you can add manually, or import from a comma-separated variable (CSV) text data file, or from Microsoft Outlook.<br><br>Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf   pg 8 |



Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf   pg 8

# Contacts: Add or update your contacts list

The Contacts list is your online address book. It stores your Company contacts – everyone in your corporate directory – and your Personal contacts – everyone else outside of the company, such as friends, family, and even vendors. Your personal contact list is clearly separated from your company contact list so there's never any confusion when you're looking for the person you want to contact.

### View your contacts

At the top of the screen, click  Click either the Personal tab or Company tab to toggle between the two contact lists.

### Updating your Company contacts list

Good news! There's no need to manually update your Company contacts. Your corporate directory is sync'd to your company's main TELUS Business Connect account and continually updated so you always have the latest contact information for your entire company.

Source:http://cdn.business.telus.digital/cms/files/files/000/001/065/original/TELUS_SoftPhone_QuickGuide.pdf  . Pg 8



Source:http://cdn.business.telus.digital/cms/files/files/000/001/065/original/TELUS_SoftPhone_QuickGuide.pdf .  Pg 8

### Updating your Personal contact list

Your personal contacts may already be sync'd to your mobile phone or Microsoft Outlook, but you can also manually add, edit, or remove a Personal contact at any time.

### Add a contact

1. At the top of the screen, click .
2. Click the Personal tab.
3. Click ⊕ at the top right corner (next to the search box) to open the Add screen.
4. Fill any of the information fields you want, such as name, email address, and a phone number or two. You can always come back and add more details later.
5. Click Save. The page refreshes and displays a summary of the contact details.
6. Click ← to return to the full list of Personal contacts.

Source:http://cdn.business.telus.digital/cms/files/files/000/001/065/original/TELUS_SoftPhone_QuickGuide.pdf . Pg 9



Source:http://cdn.business.telus.digital/cms/files/files/000/001/065/original/TELUS_SoftPhone_QuickGuide.pdf . Pg 9

Business Connect also supports LDAP Directory feature of Yealink W56P

## Line Status Screen

Press the **Line** soft key to enter the line status screen. The line status screen displays as below:



**Idle Screen description:**

| No. | Description |
|---|---|
| 1 | Displays the selected menu name. |
| 2 | Displays the registered line number and the corresponding line (display user name by default).<br>Line1 to Line8:<br>The default outgoing line will display on the first line of screen.<br>For more information on the user name, refer to Registering Account on page 29. |
| 3 | Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line.<br>For example, indicates that the line is unassigned as outgoing line for the handset, indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon |

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf

40

**13. Added the feature of LDAP.**

**Description:** LDAP (Lightweight Directory Access Protocol) is an application protocol for accessing and maintaining information services for the distributed directory over an IP network. IP DECT phones can be configured to interface with a corporate directory server that supports LDAP version 2 or 3. Users can search and dial out from the LDAP directory, and save LDAP entries to the local directory. LDAP entries displayed on the IP DECT phone are read only, which cannot be added, edited or deleted by users. When an LDAP server is properly configured, the IP DECT phone can look up entries from the LDAP server in a wide variety of ways.

**To configure LDAP feature via web user interface:**

Click on Directory -> LDAP



Source:

http://support.yealink.com/forward2download?path=ZIjHOJbWuW/DFrGTLnGyppbHYNn9Xu06KgjGhcKQaxplusSymbolLfT2jTCSzS/RCCbpFf1O/kPTroMHag397eKzjmUqNGnObnyDCvTjgyrOlwO9/LZeYObIB0p5VSBq2D2HGMgnV6U999EBMPeESBW3y6fuECdqoQ8zVPmtbmzzAgJLSr6Mk=

| a caller identification database coupled to the phone number database arranged to store a caller identifier uniquely associated with a phone number corresponding to a received phone call; and | The accused instrumentality comprises a caller identification database (e.g., database having information like company number and info, company address, local company number, direct extension numbers and etc.) Coupled to the phone number database (e.g., phone number database of the corporate directory or LDAP) arranged to store a caller identifier (e.g., first name, last name etc.) uniquely associated with a phone number corresponding to a received phone call (e.g., incoming call).  Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf  (pg 13) |

## Company Numbers and Info

The Company Numbers and Info settings include Company Caller ID, Company Numbers, Direct Extension Numbers, and the option to add additional numbers.

Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   page 13.



Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   page no. 15

**Company Caller ID**

Set your Company Caller ID to your company's
name so that your customers will know who is
calling when you call them.

1. From the **Admin Portal**, select the **Phone
   System** tab.
2. Click **Company Numbers and Info**.
3. Click **Company Caller ID**.
4. Enter your company name exactly the way
   you want it to appear on Caller ID displays,
   for local calls made from your main company
   phone number. You can enter up to 15
   characters.
5. Click **Save**.

Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide
.pdf   page no. 14

**Direct Extensions**

Under Direct Extensions, you will see the all of the Direct Extension Numbers that have been set for your phone system.

1. From the **Admin Portal**, select the **Phone System** tab.
2. Click **Company Numbers and Info**.
3. Click a number under **Direct Extension Numbers** to see more details.
   a. **Users without phones** – View the Number, edit Number Type (Voice and Fax, Voice only, Fax only), and edit whether Calls to this number will be connected to: either Auto- Receptionist or Select an Extension. If you have made any changes, click Save.
   b. **Users with physical desk phones** – View the Number, edit Number Type (Voice and Fax, Voice only, Fax only), and click Phone to edit the phone details by navigating to the Phones & Devices view.
4. Click **Save**.

Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf  page no. 16



You can choose the number that displays on the phone screens of your callers when you call or text them. The number doesn't have to be the actual number you're making the call from. For example, you might want to choose your company's main phone number instead of your own extension to make it easier for customers to recognize your call.

Source:http://cdn.business.telus.digital/cms/files/files/000/001/065/original/TELUS_SoftPhone_QuickGuide.pdf

Business Connect also leverages Caller ID feature of Yealink W56P:

### What is the difference among user name, register name and display name?

Both user name and register name are defined by the server. User name identifies the account, while register name matched with a password is for authentication purposes. Display name is the caller ID that will be displayed on the callee's phone LCD screen. Server configurations may override the local ones.

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2017-9-20%2F3%2F1e32cda1-2a82-454f-ae14-312aac484400%2FYealink+W60+DECT+IP+Phone+Administrator+Guide_V81_10.pdf

## Local Directory

You can store the frequently used contacts in the handset's local directory, where names and numbers can be freely added, deleted and edited. You can store up to 100 contacts per handset, each with a name, a mobile number and an office number. Yealink DECT IP phones support both *.xml and *.csv format contact files.

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2017-9-25%2F3%2Fa065306b-5b7e-44a2-a38a-890ba3206684%2FYealink+IP+DECT+Phone+Administrator+Guide_V81_10.pdf

Phone Features

· Up to 4 simultaneous calls
· Up to 5 handsets
· Up to 5 VoIP accounts
· Handset select for receiving  call
· Handset and Number select for
  making call
· Paging, intercom, auto answer
· Call hold, call transfer, 3-way conferencing
· Switching between calls
· Call waiting, mute, DND
· Caller ID display, redial
· Anonymous call
· Anonymous call rejection
· Call forward (always/busy/no answer)
· Speed dial, voicemail, silence
· Message Waiting Indication (MWI)
· Local phonebook for up to 500 entries
  (store in the base)
· Remote phonebook/LDAP
· Phonebook search/import/export
· Call history outgoing/missed/accepted)
· Direct IP call without SIP proxy

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

## Line Status Screen

Press the **Line** soft key to enter the line status screen. The line status screen displays as below:



**Idle Screen description:**

| No. | Description |
|---|---|
| 1 | Displays the selected menu name. |
| 2 | Displays the registered line number and the corresponding line (display user name by default). Line1 to Line8: 📞📞📞📞📞📞📞📞 The default outgoing line will display on the first line of screen. For more information on the user name, refer to Registering Account on page 29. |
| 3 | Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line. For example, 📞 indicates that the line is unassigned as outgoing line for the handset, ↱ indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon |

Source:
http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf

| | |
|---|---|
| a priority level data base coupled to the caller identification data base arranged to provide a priority level for the caller identifier, wherein when the phone call is received, the directory server identifies a phone number of the received call, identifies a caller based upon a retrieved caller identifier associated with the identified phone number, retrieves a priority level for the identified caller, and forwards the call to a specific mobile unit based upon the priority level.<br><br>*From US 6970706 relating to "priority":*<br><br>*"[I]a broadcast mode a user does not have the chance to prevent a ring an unwanted call* | The accused instrumentality comprises a priority level (e.g., forward call to multiple numbers or single number or voice mail or reject) data base (e.g., database having information about forward call to multiple numbers or single number or voice mail or reject) coupled to the caller identification data base (e.g., database having information like first name, last name, emails etc. of the phone number) arranged to provide a priority level (e.g., forward call to multiple numbers or single number or voice mail or reject) for the caller identifier (e.g., first name, last name etc.), wherein when the phone call is received, the directory server (e.g., corporate directory or LDAP directory) identifies a phone number of the received call, identifies a caller based upon a retrieved caller identifier associated with the identified phone number (e.g., number of incoming call), and forwards the call to a specific mobile unit (e.g., user specified action) based upon the priority level (e.g., forward call to multiple numbers or single number or voice mail or reject).<br><br>Auto-Receptionist Settings<br><br>Create your own auto-receptionist for your phone system. Customize your options for effective call management. Choose your company hours, set your company greeting, define rules for call handling and more.<br><br>Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf  pg 17 |

*can be diverted based upon a priority level such as, for example, a **"Do not disturb"** priority level for calls and broadcasts."*



Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf pg 17

# Call Handling & Forwarding

## Call Forwarding

As a User, you can set up different Call Forwarding rules for your extension(s). Add up to 10 forwarding numbers for each extension assigned to you, and set calls to ring at these numbers sequentially or simultaneously.

1. From the **Settings** tab, select **Call Handling & Forwarding**.
2. **First Ring:**
   a. Click **Desktop apps & Smartphones to turn on notifications** and set the number of seconds to wait before forwarding begins.
3. **Then forward calls to:**
   a. Enter other numbers to receive forwarded calls. These are then added to your call list, where they can also be reordered and turned on or off.
   b. Click the slider in the Active column to turn call forwarding to each number listed on and off.
   c. Use the drop-down menu to select the length of time for each phone to ring.
4. If you'd like to forward your calls to other users' phones, click **>Forward to other user's phones**.
   a. Select the user you'd like to forward calls to.
   b. Click the arrow to move the selected members to the column on the right. This column is for users who will receive forwarded calls. You can select users and use the arrows to add or remove them from this column.
   c. Click **Done**.

Source:
http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_UserGuide.pdf pg 37



Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf pg 37



Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1



Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1



Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

This feature allows you to set up the call forwarding options in the extension after your specified business hours:

- **Send callers directly to voicemail** - Selecting this option will immediately forward calls to your personal voicemail box.
  NOTE: You can check your voicemail messages over the phone.

- **Play announcement and disconnect** - Selecting this option will play a pre-recorded announcement and then end the call.

- **Forward Calls** - Selecting this option will let you transfer calls to any of your phones or forwarding numbers.

- **Unconditional Forwarding** - Selecting this option lets you automatically forward all calls to another phone number, bypassing all the settings including greeting, call screening, and voicemail.

NOTE:

- There are certain limitations in setting custom hours, such as being unable to create a custom hour rule wherein the current

- day overlaps the succeeding day (i.e. Monday 11:30PM to Tuesday 1:30AM). This can be done by customizing your company business hours settings.

- There's a pre-recorded greeting set to default, but you can also customize your voicemail greeting.

Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1



Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1



Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

## Blocked Calls

Choose specific phone numbers and fax numbers that you'd like to block and prevent from calling or faxing your number. You can also choose what message they will hear when they attempt to call.

1. Under the **Settings tab**, select **Screening, Greeting & Hold Music.**
2. Click **Blocked Calls**.
3. You will now see options for call blocking.
4. If you are the administrator you will see a message notifying you that calls blocked for this extension will apply to any calls to the company as well as your own extension.
5. Select whether you'd like to block specific calls and faxes or all calls.
6. **Only Block these numbers or area codes:**
   a. Enter **Phone numbers** (and names) of specific numbers you'd like to block.
   b. Click **Block**.
   c. Click **Callers will hear** to set the message you'd like them to hear
7. **Block Calls with no Caller ID:**
   a. Check the box next to **Calls** and or **Faxes**.
   b. Click **Callers will hear** to set the message you'd like these callers to hear then click **Save**.

Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf  pg 36



Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User Guide.pdf pg 36

Business Connect leverages Yealink W56P's caller id and call forwarding capabilities:

**Phone Features**

· Up to 4 simultaneous calls

· Up to 5 handsets

· Up to 5 VoIP accounts

· Handset select for receiving  call

· Handset and Number select for
  making call

· Paging, intercom, auto answer

· Call hold, call transfer, 3-way conferencing

· Switching between calls

· Call waiting, mute, DND

· Caller ID display, redial

· Anonymous call

· Anonymous call rejection

· Call forward (always/busy/no answer)

· Speed dial, voicemail, silence

· Message Waiting Indication (MWI)

· Local phonebook for up to 500 entries
  (store in the base)

· Remote phonebook/LDAP

· Phonebook search/import/export

· Call history outgoing/missed/accepted)

· Direct IP call without SIP proxy

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

## Line Status Screen

Press the **Line** soft key to enter the line status screen. The line status screen displays as below:



**Idle Screen description:**

| No. | Description |
|-----|-------------|
| 1 | Displays the selected menu name. |
| 2 | Displays the registered line number and the corresponding line (display user name by default).<br>Line1 to Line8:<br>The default outgoing line will display on the first line of screen.<br>For more information on the user name, refer to Registering Account on page 29. |
| 3 | Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line.<br>For example, indicates that the line is unassigned as outgoing line for the handset, indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon |

Source:

http://support.yealink.com/attachmentDownload/download?path=upload%2Fattachment%2F2016-4-20%2F3%2Fed9b6ce8-4738-4c7a-afa4-c66dca32732c%2FYealink_W56P_User_Guide_V80_10.pdf

| 2. A system as recited in claim 1, wherein the priority level is selected from a group comprising: a lowest priority (DO NOT DISTURB), an intermediate priority, and a highest priority. | The accused instrumentality comprises a system as recited in claim 1 wherein the priority level (e.g., forward call to multiple numbers or single number or voice mail or reject) is selected from a group comprising: a lowest priority (DO NOT DISTURB), an intermediate priority, and a highest priority.  Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1 |

This feature allows you to set up the call forwarding options in the extension after your specified business hours:

- **Send callers directly to voicemail** - Selecting this option will immediately forward calls to your personal voicemail box.
  NOTE: You can check your voicemail messages over the phone.
- **Play announcement and disconnect** - Selecting this option will play a pre-recorded announcement and then end the call.
- **Forward Calls** - Selecting this option will let you transfer calls to any of your phones or forwarding numbers.
- **Unconditional Forwarding** - Selecting this option lets you automatically forward all calls to another phone number, bypassing all the settings including greeting, call screening, and voicemail.

NOTE:

- There are certain limitations in setting custom hours, such as being unable to create a custom hour rule wherein the current
- day overlaps the succeeding day (i.e. Monday 11:30PM to Tuesday 1:30AM). This can be done by customizing your company business hours settings.
- There's a pre-recorded greeting set to default, but you can also customize your voicemail greeting.

Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1
Source: https://business.telus.com/en/business/support/global/how-to/business-connect-call-handling-and-forwarding-overview?linktype=search_result&linkpos=1

66

## Blocked Calls

Choose specific phone numbers and fax numbers that
you'd like to block and prevent from calling or faxing
your number. You can also choose what message they
will hear when they attempt to call.

1. Under the **Settings tab**, select **Screening,
   Greeting & Hold Music.**
2. Click **Blocked Calls**.
3. You will now see options for call blocking.
4. If you are the administrator you will see a message
   notifying you that calls blocked for this extension
   will apply to any calls to the company as well as
   your own extension.
5. Select whether you'd like to block specific calls and
   faxes or all calls.
6. **Only Block these numbers or area codes:**
   a. Enter **Phone numbers** (and names) of specific
      numbers you'd like to block.
   b. Click **Block**.
   c. Click **Callers will hear** to set the message
      you'd like them to hear
7. **Block Calls with no Caller ID:**
   a. Check the box next to **Calls** and or **Faxes**.
   b. Click **Callers will hear** to set the message
      you'd like these callers to hear then click **Save**.

Source:http://cdn.business.telus.digital/cms/files/files/000/001/067/original/TELUS_VoiceManager_User
Guide.pdf  pg 36



Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (pg 6)

# Do Not Disturb

In the upper right of every page of your online account is a small coloured icon next to your name. This icon displays your Do Not Disturb status. Click the icon to toggle between statuses:

- **Do Not Disturb Off** – Green means that you are available to take incoming calls.
- **Do Not Disturb On** – Red means "Do not accept any calls." All callers are sent to voicemail.

Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (pg 6)

Business Connect also leverage DND feature provided by Yealink W56P handsets:

**Phone Features**

- Up to 4 simultaneous calls
- Up to 5 handsets
- Up to 5 VoIP accounts
- Handset select for receiving  call
- Handset and Number select for making call
- Paging, intercom, auto answer
- Call hold, call transfer, 3-way conferencing
- Switching between calls
- Call waiting, mute, DND
- Caller ID display, redial
- Anonymous call
- Anonymous call rejection
- Call forward (always/busy/no answer)
- Speed dial, voicemail, silence
- Message Waiting Indication (MWI)

Source: https://www.yealink.com/upfiles/products/datasheet/Yealink-W56P-Datasheet.pdf

| 3. A system as recited in claim 2, wherein when the priority level is the lowest priority, then the incoming call is not forwarded to any of the plurality of mobile units. | The accused instrumentality comprises a system as recited in claim 2 wherein when the priority level (e.g., forward call to multiple numbers or single number or voice mail or reject) is the lowest priority, then the incoming call is not forwarded to any of the plurality of mobile units. |

## Do Not Disturb

In the upper right of every page of your online account is a small coloured icon next to your name. This icon displays your Do Not Disturb status. Click the icon to toggle between statuses:

- "Do Not Disturb Off – Green means that you are available to take incoming calls.
- "Do Not Disturb On – Red means "Do not accept any calls." All callers are sent to voicemail.

Source: http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf   (pg 6)

**Set a Company Greeting**

1. From the **Admin Portal**, select the **Phone System** tab.
2. Click **Auto-Receptionist**.
3. Select **Company Greeting and Menu**.
4. A pop-up will appear with the current greeting.
5. Choose your preferred type of greeting.
   a. **Default** – Select the radio button next to Default.
   b. **Custom** – Select the radio button next to Custom and select how you'd like to set your custom recording:
      ▪ **Record Over the Phone**
         Next to Call me at, choose a phone number from the dropdown menu if you have saved numbers or type a phone number in the text field. Click the Call Now button, and TELUS Business Connect will call you to record your message.
      ▪ **Record Using Computer Microphone**
         Click **Allow** on the Adobe Flash Player Settings pop-up. Click **Allow** if TELUS Business Connect asks to record through your computer. The Microphone Test and Record settings will appear. When ready, click the red Record button to record your company greeting through your computer microphone. Stop the recording and listen to the playback.
      ▪ **Import**
         Browse for a WAV or MP3 file you want to use. Click **Attach**. Click the play button to listen to your greeting. If you've set a custom greeting, click the record button to set a different company greeting.
6. Under **If caller enters no action,** choose whether you'd like the use to **Connect to an operator** or **Disconnect**.
7. Click **Save**.

72



Source:
http://cdn.business.telus.digital/cms/files/files/000/002/140/original/TELUS_VoiceManager_AdminGuide.pdf