Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney for Plaintiff Valyrian IP LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| VALYRIAN IP LLC, | CASE NO.: |
| *Plaintiff*, | |
| v. | **PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT** |
| TELUS CORPORATION d/b/a TELUS COMMUNICATIONS (U.S.) INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Valyrian IP LLC ("Valyrian IP" or "Plaintiff"), states it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully Submitted,

Dated: June 25, 2020

   /s/ Kirk J. Anderson
KIRK J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW, P.C.
5610 Ward Rd. Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)

1

CERTIFICATE OF INTERESTED ENTITIES, CORPORATE DISCLOSURE STATEMENT,
OR RULE 7.1 DISCLOSURES

(720) 225-9331 (Fax)

***Attorney for Plaintiff Valyrian IP LLC***

CERTIFICATE OF INTERESTED ENTITIES, CORPORATE DISCLOSURE STATEMENT, OR RULE 7.1 DISCLOSURES